Opinion filed April 13, 2006












 
 
  
 
 







 
 
  
 
 




Opinion filed April 13, 2006

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-06-00062-CV

 

                                                    __________

 

                                           IN RE MARK KUPSTIS

 



 

                                                Original
Mandamus Proceeding

 



 

                                             M
E M O R A N D U M   O P I N I O N

Mark Kupstis has filed
in this court a pro se petition for writ of mandamus.  Kupstis has failed
to state sufficient grounds to invoke the original jurisdiction of this court.

The petition is denied.

 

PER CURIAM

 

April 13, 2006

Panel
consists of:  Wright, C.J., and

McCall, J., and Strange, J.